UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 22  3 05 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

James R. Galusha
    Plaintiff

v.                              Civil No. 3:03CV282 (GLG)

Ryan & TYMA, LLP
    Defendant

MOTION TO WITHDRAW ACTION PURSUANT
TO FEDERAL RULE 41 (b)

The plaintiff requests the Honorable Court to withdraw the above action due to settlement agreement arranged by Judge/Magistrate William I. Garfinkel on October 1, 2003. Both parties were present and accepted the terms and the defendant has complied with the agreement.

Motion GRANTED.
Gerard L. Goettel, USDJ
10/21/03

The Plaintiff:

James Galusha

BY _____
JEFFREY OLGIN
His Attorney
FEDERAL JURIS NO. ct00
74 ROSE HILL ROAD
BRANFORD, CT 06405
203-483-1549

CERTIFICATION

I hereby certify a copy of the foregoing was sent to Attorney Alan Tyma, 231 Coram Avenue, Shelton, Ct. 06484 on October 20, 2003 as required by the Federal Rules.

_____
JEFFREY OLGIN
ATTY-AT-LAW

FILED
Oct 22  3 05 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.