UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 22  3 05 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

James R. Galusha
   Plaintiff

v.

Ryan & TYMA, LLP
   Defendant

Civil No. 3:03CV282 (GLG)

### MOTION TO WITHDRAW ACTION PURSUANT TO FEDERAL RULE 41 (b)

The plaintiff requests the Honorable Court to withdraw the above action due to settlement agreement arranged by Judge/Magistrate William I. Garfinkel on October 1, 2003. Both parties were present and accepted the terms and the defendant has complied with the agreement.

The Plaintiff:

James Galusha

BY _____
JEFFREY OLGIN
His Attorney
FEDERAL JURIS NO. ct00
74 ROSE HILL ROAD
BRANFORD, CT 06405
203-483-1549

Motion GRANTED.
Gerard L. Goettel, USDJ
10/21/03

### CERTIFICATION

I hereby certify a copy of the foregoing was sent to Attorney Alan Tyma, 231 Coram Avenue, Shelton, Ct. 06484 on October 20, 2003 as required by the Federal Rules.

_____
JEFFREY OLGIN
ATTY-AT-LAW

FILED
Oct 22  3 05 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.